LENTO LAW GROUP, P.C.
Joseph D. Lento, Esquire
ID. # 013252008
3000 Atrium Way, Suite 200
Mt. Laurel, New Jersey 08054
856-652-2000 - P
856-375-1010 - F
Jdlento@lentolawgroup.com
*Attorney for Plaintiff, Eduardo Rosario*

---

| | | |
|---|---|---|
| EDUARDO ROSARIO | : | CIVIL NO. 1:20-cv-06824 |
| | : | |
| v. | : | |
| ALEX TORRES PRODUCTIONS, INC. | : | NOTICE OF DISMISSAL |
| | : | WITHOUT PREJUDICE |
| And | : | |
| | : | |
| LA GUIRA, INC. d/b/a RED WINE | : | |
| | : | |

TO THE CLERK:

Please withdraw the Complaint without prejudice in the above captioned matter. This was filed in error and should have been filed in the Eastern District of Pennsylvania.

RESPECTFULLY SUBMITTED,

LENTO LAW GROUP, P.C.

BY: _____
JOSEPH LENTO, ESQUIRE

Dated: June 9, 2020