

**Lento Law Group, P.C.**
3000 Atrium Way, Suite 200
Mount Laurel, NJ 08054
(856) 652-2000 (T)
(856) 375-1010 (F)
Joseph D. Lento, Esquire
Member of the NJ, NY and PA Bar
jdlento@lentolawgroup.com

June 12, 2020

*Via efile and first class mail*

Clerk, U.S. District Court of New Jersey
Mitchell H. Cohen Building
and U.S. Courthouse
4th and Cooper Streets
Camden, New Jersey 08101

    Re:    Rosario v. Alex Torres Productions, Inc., et al
           Docket No.:   1:20-cv-06824

Dear Clerk:

    My secretary erroneously filed a complaint in the United States District Court of New Jersey, on June 4, 2020, docket number 1:20-cv-06824, (attached hereto as Exhibit "A"). She then filed a Notice of Dismissal without Prejudice on June 9, 2020 (attached hereto as Exhibit "B"). Said complaint should have been filed in the United States District Court of Eastern Pennsylvania.

    Therefore, it is respectfully requested that this firm be refunded the $400.00 for the incorrect filing of the above captioned matter. I have attached the transaction as Exhibit "C."

                          Respectfully submitted,

                          */s/ Joseph D. Lento*

                          Joseph D. Lento, Esquire

JDL/ds
Enclosures