# EXHIBIT "C"

# Transaction Log

## Report Period: 06/01/2020 - 06/12/2020

| Id | Date | Case Number | Text |
|---|---|---|---|
| 10898266 | 06/04/2020 08:46:37 | 1:20-cv-6824 | Opened New CV Case 1:20-cv-6824 |
| 10898349 | 06/04/2020 09:02:01 | 1-20-cv-6824 | COMPLAINT against Eduardo Rosario, Alex Torress Productions, Inc, La Guira, Inc., d/b/a Red Wine Restaurant ( Filing and Admin fee $ 400 receipt number CNJDC-10898349), filed by Eduardo Rosario.(LENTO, JOSEPH) |
| 10908789 | 06/05/2020 22:33:42 | 1-19-cv-20142 | First MOTION to Dismiss <i>or for Brillhart Abstention</i> by JOHN GROFF. (LENTO, JOSEPH) |
| 10914169 | 06/08/2020 17:42:23 | 1-20-cv-6824 | NOTICE of Voluntary Dismissal <i>without prejudice</i> by EDUARDO ROSARIO (LENTO, JOSEPH) |
| 10916854 | 06/09/2020 09:27:57 | 1-20-cv-6824 | STIPULATION of Dismissal <i>without prejudice</i> by EDUARDO ROSARIO. (LENTO, JOSEPH) |
| 10917019 | 06/09/2020 09:48:00 | 1-20-cv-6824 | NOTICE of Voluntary Dismissal <i>Amended</i> by EDUARDO ROSARIO (LENTO, JOSEPH) |
| 10928895 | 06/11/2020 11:29:20 | 1-19-cv-20142 | Letter from Joseph D. Lento, Esq.. (LENTO, JOSEPH) |

**Total Number of Transactions:** 7