UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| EDUARDO ROSARIO, | : | |
| | : | Civil Action No. 1:20-cv-06824-RMB-JS |
| Plaintiff(s) | : | |
| | : | |
| v. | : | **CLERK'S ORDER** |
| | : | |
| ALEX TORRES PRODUCTIONS, INC. et al., | : | |
| | : | |
| Defendant(s) | : | |

This matter having come before the Court upon the filing of a Complaint, filed on June 4, 2020 on behalf of Joseph D. Lento, counsel for the plaintiff in the above-captioned matter, and it appearing that the pleading was electronically filed using the Court's CM/ECF filing system and the payment of filing fees made via **Pay.gov**; and it further appearing that:

☐    a.    An overpayment has been made by the filer; **OR**

☐    b.    A duplicate charge in Pay.gov occurred during the credit card/ACH processing; **OR**

☐    c.    A duplicate, identical a Complaint was filed more than once by the same attorney or the same law firm; **OR**

☒    a.    This filing does not require a filing fee; and for good cause shown;

IT IS on this 25th day of June 2020,

        **ORDERED THAT**, the sum of $400 is refunded through **Pay.gov**.

WILLIAM T. WALSH, CLERK

By: *Theresa L. Burnett, Esq*
          Theresa L. Burnett
          Chief Deputy Clerk